ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Logistics Systems, Inc. | ) ASBCA No. 63973 |
| | ) |
| Under Contract No. W15P7T-12-D-E003 | ) |

APPEARANCE FOR THE APPELLANT:      Vincent D. Cammarata, Esq.
                                                            Counsel

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                            Army Chief Trial Attorney
                                                            MAJ Joseph C. Vandusen, JA
                                                            MAJ Katharine M. Calderon, JA
                                                            Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  December 9, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63973, Appeal of Logistics Systems, Inc., rendered in conformance with the Board's Charter.

Dated:  December 9, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals